

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mrs. Mattie Reynolds, Secretary
State Board of Hairdressers and Cosmetologists
Austin, Texas

Dear Madam:

Opinion No. O-3786
Re: The necessity of health
certificate and Wasserman
test for applicant for
examination for beauty
operator's license.

     This will acknowledge your letter of June 30, 1941, requesting the opinion of this department as to whether or not it is necessary that an applicant for examination for beauty operator's license submit with the application a health certificate and Wasserman test report under the circumstances described.

     In this connection you state that the State Board of Hairdressers and Cosmetologists has prescribed, with the approval of the State Board of Health, a sanitary rule requiring that all students upon entering a duly licensed school of beauty culture furnish your Board with a health certificate and the result of a Wasserman blood test.

     You state that students remain in school from six months to one year and your question is whether or not they are required to accompany application for examination and license with a new health certificate and a new Wasserman test. In our opinion they are so required.

     Section 10(b) of Article 734b, Vernon's Annotated Penal Code provides:

     "All applications for examination and for license shall be accompanied by a health certificate by a regularly licensed doctor of medicine, showing the applicant to be free from any

contagious or infectious diseases as determined
by a general examination and Wasserman blood
test."

It is our opinion and you are respectfully advised
that such health certificate and such Wasserman test report
must be dated with reasonable proximity to the date of such
application. Clearly the intent of the Legislature is to
require applicants to show good health at the time of their
application. A health certificate and Wasserman test dated
six months to one year previously would be of little value
in determining present state of health.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By    James D. Smullen
      Assistant

JDS:ej